UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 13-115-KSF

DARCEY MOORE                                                                                          PLAINTIFF

V.                                               ORDER

RUBEN & ROSENTHAL, INC., et al                                                        DEFENDANTS

* * * * * * * * * * * * * *

The plaintiff having filed a Notice of Voluntary Dismissal Without Prejudice [DE 4],

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I) and **STRICKEN** from the active docket of this Court.

This November 25, 2013.



Signed By:
*Karl S. Forester*   KSF
**United States Senior Judge**